# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RANDOLPH DAY,

    Plaintiff,

vs.

MORTGAGE CAPITAL INC., et al.,

    Defendants.

Case No. 2:17-cv-01596-JAD-CWH

**ORDER**

On October 23, 2017, the Clerk issued an entry of default (ECF No. 29) against Defendant Longvue Mortgage Capital ("Longvue"). On the same day, Longvue filed an answer (ECF No. 30), and a certificate of interested parties (ECF No. 31). Since then, no party has made any filings in this case.

IT IS THEREFORE ORDERED that the parties must meet and confer and file a joint status report regarding the status of this case. The joint status report is due no later than January 10, 2018.

DATED: December 20, 2017

                                                **C.W. Hoffman, Jr.**
                                                **United States Magistrate Judge**