GARMAN TURNER GORDON LLP
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gtg.legal
ANDREW P. DUNNING
Nevada Bar No. 13864
Email: adunning@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH DAY,<br><br>Plaintiff,<br><br>v.<br><br>LONGVUE MORTGAGE CAPITAL INC., as Trustee for WESTSVUE NPL TRUST II; FIRST AMERICAN SOLUTIONS, LLC and DOES I-X; and ROE Corporations I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01596-JAD-CWH |

## SUBSTITUTION OF COUNSEL

Plaintiff Randolph Day hereby substitutes counsel Eric R. Olsen, Esq. and Andrew P. Dunning, Esq., of the law firm Garman Turner Gordon LLP as attorneys of record in place and stead of attorney Allison R. Schmidt, Esq. of the law firm Allison R. Schmidt, Esq., LLC.

DATED this 5th day of February, 2019.

By: _____
RANDOLPH DAY, Plaintiff

///

///

///

I hereby consent to the above and foregoing substitution for the Plaintiff, Randolph Day.

DATED this 10th day of Feb, 2019.

ALLISON R. SCHMIDT, ESQ, LLC.

By: _____
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
8716 Spanish Ridge Ave., #115
Las Vegas, NV 89148
*Former Attorney for Plaintiff*

I hereby consent to the above and foregoing substitution for the Plaintiff, Randolph Day.

DATED this 11th day of Feb., 2019.

GARMAN TURNER GORDON LLP

By: _____
Eric R. Olsen
NV Bar No. 3127
Andrew P. Dunning
NV Bar No. 13864
650 White Drive, Suite 100
Las Vegas, NV 891119
*Prospective Attorneys for Plaintiff*

4839-8442-3559, v. 1

IT IS SO ORDERED.

DATED: Feb 28, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE