| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313 |
| 3 | Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| 5 | Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345 |
| 6 | *Attorneys for Defendant, LongVue Mortgage Capital Inc., as loan servicer for WestVue NPL Trust II and Proposed Substitute Party, LongVue Mortgage Capital Inc., as trustee for WVUE 2015-1* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDOLPH DAY,<br><br>Plaintiff,<br><br>vs.<br><br>LONGVUE MORTGAGE CAPITAL INC., as trustee for WESTVUE NPL TRUST II; FIRST AMERICAN SOLUTIONS, LLC, and DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01596-JAD-CWH<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Defendant LongVue Mortgage Capital Inc., as loan servicer for WestVue NPL Trust II (hereinafter "LongVue"), by and through its counsel of record of the law firm Wright, Finlay & Zak, LLP, hereby gives notice that Dana Jonathon Nitz, Esq. and Inku Nam, Esq. are no longer attorneys associated with Wright, Finlay & Zak, LLP. Wright, Finlay & Zak, LLP, will continue

///
///
///
///
///
///

to represent LongVue and request that Ramir M. Hernandez, Esq. receive all future notices.

DATED this 6th day of March, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
*Attorneys for Defendant, LongVue Mortgage Capital Inc., as loan servicer for WestVue NPL Trust II and Proposed Substitute Party, LongVue Mortgage Capital Inc., as loan servicer for WVUE 2015-1*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 9, 2020