WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
*Attorneys for Defendant,*
*LongVue Mortgage Capital Inc., as trustee for WestVue NPL Trust II*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH DAY,<br><br>    Plaintiff,<br><br>vs.<br><br>LONGVUE MORTGAGE CAPITAL INC., as trustee for WESTVUE NPL TRUST II; FIRST AMERICAN SOLUTIONS, LLC, and DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-01596-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY TO OPPOSITION TO DEFENDANT'S MOTION TO DISSOLVE OR MODIFY PRELIMINARY INJUNCTION**<br><br>**[SECOND REQUEST]** |

Plaintiff, Randolph Day ("Plaintiff"), and Defendant, LongVue Mortgage Capital Inc., as trustee for WestVue NPL Trust II ("LongVue") (collectively, the "Parties"), by and through their respective counsels of record, hereby submit the following Stipulation and Order to extend LongVue's response deadline to file a Reply to Plaintiff's Opposition to Defendant's Motion to Dissolve or Modify Preliminary Injunction [ECF No. 75] from the current due date of April 2, 2020 to the new due date of April 9, 2020.

/././

/././

The parties have conferred regarding this stipulation. This is LongVue's second request to extend time. This stipulation is made in good faith and is not for the purposes of delay. LongVue does not anticipate in any further stipulations requesting an extension.

Dated this 2nd day of April, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez, Esq.*
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, LongVue Mortgage Capital Inc., as trustee for WestVue NPL Trust II*

Dated this 2nd day of April , 2020.

GARMAN TURNER GORDON LLP

*/s/ Eric R. Olsen, Esq.*
Eric R. Olsen, Esq.
Nevada Bar No. 3127
Walter F. Fick
Nevada Bar No. 14193
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
*Attorneys for Plaintiff, Randolph Day*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: April 3, 2020.