| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | WRIGHT, FINLAY & ZAK, LLP<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br> (702) 475-7964; Fax: (702) 946-1345<br>*Attorneys for Defendant,*<br>*LongVue Mortgage Capital Inc., as trustee for WestVue NPL Trust II* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDOLPH DAY,<br><br>          Plaintiff,<br><br>vs.<br><br>LONGVUE MORTGAGE CAPITAL INC., as trustee for WESTVUE NPL TRUST II; FIRST AMERICAN SOLUTIONS, LLC, and DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>          Defendants. | Case No.:  2:17-cv-01596-JAD-EJY<br>**ORDER GRANTING**<br>**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE MOTION TO DISBURSE INJUNCTION BOND TO DEFENDANTS**<br><br>**[SECOND REQUEST]**<br><br><br>ECF No. 92 |

Plaintiff, Randolph Day ("Plaintiff"), and Defendant, LongVue Mortgage Capital Inc., as trustee for WestVue NPL Trust II ("LongVue") (collectively, the "Parties"), by and through their respective counsels of record, hereby submit the following Joint Motion to extend LongVue's response deadline to file a motion to disburse the injunction bond to defendants [ECF No. 84] from the current due date of July 20, 2020 to the new due date of August 20, 2020.

Previously, the Court had ordered an extension of the time for LongVue to file its Motion from July 6, 2020 to July 20, 2020 [ECF No. 87].

The parties have conferred regarding this stipulation.  The parties are in continuing settlement discussions and seek this stipulation to see if they can come to a global settlement of

the dispute, which includes the disbursement of the injunction bond. This is LongVue's second request to extend time. This stipulation is made in good faith and is not for the purposes of delay. LongVue does not anticipate any further stipulations requesting an extension at this time.

| | |
|---|---|
| Dated this 20th day of July, 2020. | Dated this 20th day of July, 2020. |
| WRIGHT, FINLAY & ZAK, LLP | GARMAN TURNER GORDON LLP |
| /s/ Ramir M. Hernandez | /s/ Eric R. Olsen |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, LongVue Mortgage Capital Inc., as trustee for WestVue NPL Trust II* | Eric R. Olsen, Esq.<br>Nevada Bar No. 3127<br>Walter F. Fick<br>Nevada Bar No. 14193<br>7251 Amigo Street, Suite 210<br>Las Vegas, NV 89119<br>*Attorneys for Plaintiff, Randolph Day* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 7-20-2020 _____